# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ESQUER,<br><br>            Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>            Respondent. | Case No. 1:17-cv-01191-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER THIRTY DAYS TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(ECF No. 22) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved for an extension of time to file objections to the findings and recommendation. (ECF No. 22).

IT IS HEREBY ORDERED that Petitioner is granted **THIRTY (30) days** from the date of service of this order to file objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   **December 3, 2018**

UNITED STATES MAGISTRATE JUDGE